**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LOUIS SCARANTINO, Individually and On Behalf of All Others Similarly Situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>SEVCON, INC., MATTHEW GOLDFARB,  )<br>MATTHEW BOYLE, PAUL O. STUMP,  )<br>DAVID R. A. STEADMAN, RYAN J.  )<br>MORRIS, WALTER M. SCHENKER,  )<br>WILLIAM KETELHUT, GLENN J.  )<br>ANGIOLILLO, MARTIN G. SCHORR,  )<br>BORGWARNER INC., and SLADE  )<br>MERGER SUB INC.,  )<br>)<br>Defendants.  ) | Case No. 1:17-cv-11580 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to plaintiff. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 11, 2018

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

**MATORIN LAW OFFICE, LLC**

By: */s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
mmatorin@matorinlaw.com

*Attorneys for Plaintiff*